IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Livingstone, Craig P

Printed: 01/22/09

Case Number: 05 B 43169
Judge: Wedoff, Eugene R
Filed: 10/3/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: December 11, 2008
Confirmed: November 17, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 6,408.24 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 4,377.39 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,700.00 |
| Trustee Fee: |  | 329.95 |
| Other Funds: |  | 0.90 |
| Totals: | 6,408.24 | 6,408.24 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Schottler & Zukosky | Administrative | 1,700.00 | 1,700.00 |
| 2. | Chase | Unsecured | 1,588.65 | 0.00 |
| 3. | Commonwealth Edison | Unsecured | 959.22 | 959.11 |
| 4. | Peoples Energy Corp | Unsecured | 247.92 | 58.81 |
| 5. | Cardiology Associates of NW IN | Unsecured | 306.24 | 0.00 |
| 6. | Discover Financial Services | Unsecured | 3,290.09 | 3,289.74 |
| 7. | Hammond Radiologist | Unsecured | 70.18 | 69.73 |
| 8. | Schottler & Zukosky | Priority |  | No Claim Filed |
| 9. | Custom Collection | Unsecured |  | No Claim Filed |
| 10. | Chicago Family Health Center | Unsecured |  | No Claim Filed |
| 11. | BP Amoco | Unsecured |  | No Claim Filed |
| 12. | Mutual Hospital Services/Alverno | Unsecured |  | No Claim Filed |
| 13. | MCI Worldcom | Unsecured |  | No Claim Filed |
| 14. | OSI Collection Svc Inc | Unsecured |  | No Claim Filed |
| 15. | St Francis Hospital | Unsecured |  | No Claim Filed |
|  |  |  | $ 8,162.30 | $ 6,077.39 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 105.38 |
| 5% | 23.69 |
| 4.8% | 129.63 |
| 5.4% | 70.50 |
| 6.5% | 0.75 |
|  | $ 329.95 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Livingstone, Craig P

Printed: 01/22/09

Case Number:  05 B 43169
Judge:  Wedoff, Eugene R
Filed:  10/3/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

